UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODD GEROY and SARAH GEROY,

    Plaintiffs,

vs.                                            Case No.: 2:19-cv-00251-JLB-NPM

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on Plaintiffs', TODD GEROY and SARAH GEROY, and Defendant's, USAA CASUALTY INSURANCE COMPANY, Joint Stipulation for Final Order of Dismissal with Prejudice of All Claims asserted by Plaintiffs, TODD GEROY and SARAH GEROY, against Defendant, USAA CASUALTY INSURANCE COMPANY, it is hereby:

**ORDERED AND ADJUDGED** that the Joint Stipulation for Final Order of Dismissal with Prejudice is hereby approved, and all claims filed against Defendant, USAA CASUALTY INSURANCE COMPANY, by Plaintiffs, TODD GEROY and SARAH GEROY, in this lawsuit are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**DONE AND ORDERED** in Fort Myers, Florida this 9th day of September 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE